FILED
November 13, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Aida Baeza
DEPUTY

western district of texas

Sherry Brown

Against

Dkt No : 4:26-cv-00087

complaint

Kimon Thermos
Todd Blache
Raymond Joseph Lohier Jr.
Tammi M. Hellwig
Tanya Faye
Craig Schatzman
Edgardo Ramos
Teresa L. Riley
Kash Patel
Dakota Ramseur
Rowan Wilson
Vanessa Fang
Brian Gotlieb
Hector Lassale
John P. Burns
David Ventulla
Eric Komitee
Carmen Pacheco
Dianne Renwick
Joseph Nocella, Jr.
Gina Abadi
Kam Yuen
Whitney Clark
Joy Campanelli
Darrell M. Joseph
Carol Crawford
Joseph Edlow
Margo Brodie
Dawn Hill- Kearse
Susanna Molina Rojas
Genine Edwards
John Siemietkowski
Markwayne Mullin
Laura Taylor Swain
Wavny Toussaint
Robert H. Tembeckjian
Vanessa Fang
Suzanne Adams
Andrea Stewart - Cousins

1. Defendants are potential award-winning actors,
2. Defendants need to enhance their skills with the assistance of the Court.

Sherry Brown

Sherry Brown
150007 Columbiaville Rd,
Columbiaville, MI 48427

NEW YORK NY 100
9 NOV 2026 PM 12 L

Thinking of You
1776 ★ 2026
USA FOREVER

RECEIVED
NOV 13 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

US District Court Clerk's Office
2450 State Hwy. 118
Alpine, TX 79830

ALPINE
NOV 12 2026
SCREENED BY CSO

79830-203699